John J. **SCANLON, Jr.,** Plaintiff–Appellant,

v.

State of **VERMONT, et al.,** Defendant–Appellee.

No. 10–4766–cv.

United States Court of Appeals, Second Circuit.

May 31, 2011.

John J. Scanlon, Jr., Port Charlotte, FL, pro se.

No appearance for Defendant–Appellee.

PRESENT: ROBERT D. SACK, DEBRA ANN LIVINGSTON and GERARD E. LYNCH, Circuit Judges.

**SUMMARY ORDER**

Plaintiff–Appellant John J. Scanlon, Jr. ("Scanlon"), *pro se,* appeals from an Opinion and Order of the United States District

Court for the District of Vermont (Sessions, *J.*), entered November 10, 2010, *sua sponte* dismissing his complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's *sua sponte* dismissal of a complaint under § 1915(e) *de novo*, bearing in mind that, under § 1915(e)(2), a court must dismiss an action "at any time" if it determines that the action is frivolous. *Giano v. Goord*, 250 F.3d 146, 149–50 (2d Cir.2001). An action is frivolous if it lacks an arguable basis in law or fact—i.e., where it is "based on an indisputably meritless legal theory" or presents "factual contentions [which] are clearly baseless." *Neitzke v. Williams*, 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Having conducted an independent and *de novo* review of the record in light of these principles, we affirm the district court's judgment for substantially the same reasons stated by the district court in its thorough and well-reasoned decision. Indeed, Scanlon's brief, constituting several pages of the complaint filed in the district court below, effectively fails to respond to the district court's decision, as it contains no reference to that decision or identifiable argument. Accordingly, the judgment of the district court is hereby **AFFIRMED**.